UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
In re:                                           Chapter 11
**907 Nostrand Avenue, LLC**,
dba 907 Nostrand Avenue Corp.

        Debtor.                          Case No. 13-42969-cec
---------------------------------------------------------------x

# ORDER VACATING STAY

      D.T. Funding Inc. ("Applicant") having moved this Court for an order vacating the automatic stay as to Applicant with respect to the real property owned by 907 Nostrand Avenue LLC (the "Debtor") at 907 Nostrand Avenue, Brooklyn, New York (the "Property"), and the Court having read and considered Applicant's motion dated July 30, 2013, and the matter having come before the Court for a hearing on October 23, 2013, and Applicant having appeared before the Court by Rosenberg, Musso & Weiner, LLP, in support of the motion, and the Debtor having appeared by the Law Offices of Stephen B. Kass, P.C. by Diana Revzin, Esq., in opposition to the motion, and the Court at the hearing having found that there is cause to vacate the automatic stay under 11 U.S.C. §362(d)(2) because there is no equity in the Property and the Debtor cannot reorganize, now, for the reasons stated at the hearing on October 23, 2013, it is

      ORDERED, that pursuant to 11 U.S.C. §362(d)(1) the automatic stay is vacated as to Applicant with respect to the Property; and it is further

      ORDERED, that Applicant is authorized to ~~continue to proceed with its foreclosure proceedings against the Debtor, and to take all steps permitted by law to protect its interests in the foreclosure proceedings~~ *__exercise all rights available to it under applicable law with respect to the Property (CEC)__*.



Dated: Brooklyn, New York
      November 8, 2013

                                                  /s/ Carla E. Craig
                                      **Carla E. Craig**
                             **United States Bankruptcy Judge**